**2**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtors
Pamela S. & Deverauex Minor


IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

IN THE MATTER OF

Minor, Pamela S.
 SS#xxx-xx-6815
Minor, Deverauex
 SS#xxx-xx-8813

_____Debtors_____/

CASE NO. 12-26546-A-13J
DOCKET CONTROL #:PGM-3
DATE:  September 21, 2015
TIME:  1:30 p.m.
DEPT#: A, Courtroom 28
Honorable Judge Michael S. McManus

**MOTION TO MODIFY
CHAPTER 13 PLAN AFTER CONFIRMATION
FILED ON AUGUST 11, 2015**

This Motion to Modify the Plan is based upon the following facts;

1.  That on April 03, 2012 Debtors filed a Chapter 13 to reorganize their debts.

2.  That on July 11, 2012, the Debtors' Plan was confirmed.

3.  Due to the declining health of Debtors, Debtors cannot complete the plan as originally confirmed as stated under penalty of perjury in the accompanying Declaration of Debtors.  In that Declaration Debtors state, "We have decided to surrender our car financed with Safe Credit Union and our misc electronics financed

-1-

with Best Buy. We have also reduced our plan term to 41 months because Deverauex is on dialysis three days a week and Pamela is looking at knee surgery, so we worry that if we don't succeed now, we may wait too long and fail given our declining health.".

    4.  As of July 23, 2015, the Debtors have paid a total of $10,360.00 to the Chapter 13 Trustee, pursuant to the confirmed plan.

    5.  The Debtors propose plan payments of $265.00 will resume August 2015 for two months to complete the Plan within the maximum term allowed by law.

    5.  The term of the Plan decreases to a total of 41 months.

    6.  That all installment fees, charges, or amounts required by the Court, have been paid by the Debtors.

    7.  That the plan has been proposed in good faith and not by any means forbidden by law, as evidenced in the Declaration of Debtors.

    8.  The modification proposed by Debtors will modify the rights of the holder of any secured claim within the Plan.  The plan proposes to surrender the collateral of Safe Credit Union, i.e. the 2004 Mitsubishi.  The plan also proposes to surrender the collateral of Ecast Settlement/Capital One, N.A., i.e. miscellaneous electronics purchased from Best Buy.

    9.  The modification proposed by Debtors will not modify the rights of the holder of any unsecured claim within the plan.

    Wherefore, Debtors pray that the Motion to Modify the Plan (Second Modified Plan) be granted.

Dated:  August 11, 2015          **/s/ Peter G. Macaluso**
                                      Peter G. Macaluso, Attorney at Law